IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAQUINTA DENISE NEWTON, #257893, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.   ) | Civil Action No. 2:09cv595-ID |
| ) | (WO) |
| CYNTHIA S. WHEELER-WHITE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #3) of the Magistrate Judge is ADOPTED. The petition under 28 U.S.C. § 2254 is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d).

Done this 31st day of July, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE